UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REV. ERROL VICTOR SR.                               CIVIL ACTION

VERSUS                                              NO. 13-6380

WARDEN JOYCE JACKSON, ET AL                         SECTION "J"(2)


**O R D E R**

The Court, having considered Petitioner's *Petition for Habeas Corpus* **(Rec. Doc. 1)**, the record, the applicable law, the *Report and Recommendation* of the United States Magistrate Judge **(Rec. Doc. 16)**, and the failure of any party to timely file an objection thereto,[1] hereby approves the *Report and Recommendation* of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the petition of Petitioner Errol Victor, Sr. for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 11th day of September, 2014.

---

[1] Petitioner has failed to update his address with the Court and as such the Court is unable to deliver him the Magistrate Judge's Report and Recommendations.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE